UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JAVIER POINTER,**           Case No. 10-cv-14057

    **Plaintiff ,**

vs.

**DETROIT OFFICER BRIAN GADWELL
and THE CITY OF DETROIT**

    **Defendants.**

| | |
|---|---|
| DANIEL G. ROMANO (P49117) | SUE HAMMOUD (P64542) |
| Romano Law, P.L.L.C. | City of Detroit Law Department |
| Attorneys for Plaintiff | Attorney for Defendants |
| 26555 Evergreen Road, suite 1500 | 1650 First National Building |
| Southfield, MI 48076 | Detroit, MI 48226 |
| (248) 750-0270 | (313) 237-5064 |

### STIPULATED ORDER FOR LEAVE TO DEPOSE PLAINTIFF

At a session of the said Court held
in the Courthouse, City of Detroit,
County of Wayne, Michigan on

5/2/2011

Present: Honorable ROBERT H. CLELAND
**United States District Court Judge**

    **IT IS HEREBY** Ordered that Defendants, by and through their attorney, be allowed to take the oral deposition of Plaintiff Javier Pointer, at the Wayne County Jail.

                                           S/Robert H. Cleland
                                           **United States District Court Judge**

I stipulate to entry of the above Order:

| | |
|---|---|
| /s Gordana Misovski | /s Sue Hammoud |
| GORDANA MISOVSKI (P66381) | SUE HAMMOUD (P64542) |
| Attorney for Plaintiff | Attorney for Defendants |

K:\DOCS\LIT\hamms\a37000\order\SH2887.WPD